# Court of Appeals
# of the State of Georgia

ATLANTA,___April 30, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A0561.  SMITH v. THE STATE.**

In October 2012, Johnny Smith filed this appeal pro se from the trial court's order denying him bond pending his appeal in Case No. A13A0423 (entered in Tattnall County Superior Court Case No. 2005-R-106). This appeal is a companion to Case No. A13A0423, which was Smith's appeal from the denial of his "Motion to Vacate, Set Aside, or Correct Sentence by a Person in State Custody" (also entered in Tattnall County Superior Court Case No. 2005-R-106).

In November 2012, this Court dismissed the main appeal (Case No. A13A0423) for lack of jurisdiction based on Smith's failure to raise a colorable claim that the sentence was void. Our decision in the main appeal renders this appeal (from the denial of his motion for an appeal bond in that main appeal) moot.[1]

Therefore, this appeal is DISMISSED as moot.[2]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/30/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____, *Clerk.*

---

[1] See *Davis v. State*, 164 Ga. App. 633, 637 (7) (298 SE2d 615) (1982); see generally *Owens v. Green Tree Servicing LLC*, 300 Ga. App. 22, 25 (3) (684 SE2d 99) (2009) (as the main appeal has been decided, the matter of the bond is moot).

[2] See *Davis*, supra; *Owens*, supra.